FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2022

No. 04-21-00449-CV

Paula **MANZANARES**,
Appellant

v.

Perry **ALVAREZ**,
Appellee

From the County Court, Frio County, Texas
Trial Court No. 9704
Honorable Arnulfo C. Luna, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Lori I. Valenzuela, Justice

On February 9, 2022, this court issued an opinion and order dismissing this case for lack of jurisdiction. On February 23, 2022, appellant filed a motion for rehearing. After considering the motion, the motion is DENIED.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court